185 So.2d 530

**Howard Hamilton Tebault HARPER**

v.

**The CELOTEX CORPORATION et al.**

No. 48147.

May 5, 1966.

In re: Howard Hamilton Tebault Harper applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 183 So.2d 350.

The application is denied. According to the facts of the case as found to be by the Court of Appeal there appears no error of law in the judgment complained of.

185 So.2d 531

**WEINSTEIN, BRONFIN & HELLER et al.**

v.

**Dudley J. LeBLANC et al.**

No. 48132.

May 5, 1966.

In re: State of Louisiana applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 182 So.2d 835.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.